

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-17-00410-CR

| | | |
|---|---|---|
| NORRIS DEWAYNE MCDOWELL, Appellant | § | On Appeal from Criminal District Court No. 1 |
| | § | |
| | § | of Tarrant County (1510985R) |
| V. | § | November 29, 2018 |
| | § | Opinion by Chief Justice Sudderth |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. We reverse the trial court's judgment and remand this case to the trial court for a new trial.

SECOND DISTRICT COURT OF APPEALS

By   /s/ Bonnie Sudderth
      Chief Justice Bonnie Sudderth